**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00185-CV

**AMREIT SSPF PRESTON TOWNE CROSSING LP, AMREIT SSPF PTC ANCHOR LP, AMREIT SSPF BERKELEY LP AND AMREIT SSPF PRESTON GOLD LP, Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03779-2017**

## ORDER

Before the Court is appellee's July 25, 2019 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 5, 2019.

/s/     KEN MOLBERG
           JUSTICE